[No. 2353-2.    Division Two.    January 24, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL PAREJO, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 4028, Paul D. Hansen, J., entered March 31, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 2480-2.    Division Two.    January 27, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN W. DAVIS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. C-2462, Jay W. Hamilton, J., entered July 9, 1976. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Pearson, J.

[No. 1932-3.    Division Three.    January 27, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. DWIGHT LOGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 23836, Del Cary Smith, Jr., J., entered February 25, 1976. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C. J., and McInturff, J.

[No. 2207-2.    Division Two.    January 28, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP HELMKAY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 47701, Thomas A. Swayze, Jr., J., entered December 15, 1975. *Affirmed* by unpublished per curiam opinion.